United States District Court
Southern District of Texas
**ENTERED**
January 16, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| JORGE RAFAEL CAVAZOS, | § § § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 6:23-CV-00053 |
| | § | |
| TG&RM Investment Properties, LLC, | § § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's Notice of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (D.E. 9). Plaintiff's Notice of Dismissal is effective because Defendant has not yet filed an answer or a motion for summary judgment in this matter. FED. R. CIV. P. 41(a)(1)(A)(i). Pursuant to Plaintiff's Notice of Dismissal, (D.E. 9), the Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
        January 16, 2024